**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY BRAVO, | ) | NO. CV 10-3034-PSG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| HEDGEPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 19, 2010.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Case 2:10-cv-03034-PSG-E Document 7 Filed 05/19/10 Page 2 of 2 Page ID #:54

2